IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JANICE D. PRINCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:23-cv-00060 |
| | ) |
| THE TJX COMPANIES, INC., d/b/a | ) (Case No. CL23000669-00 in the |
| HOMEGOODS | ) Albemarle County Circuit Court) |
| | ) |
| Defendant, | ) |
| and | ) |
| | ) |
| HOMEGOODS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendants TJX Companies, Inc. d/b/a HomeGoods (hereinafter "TJX"), and HomeGoods, Inc. (hereinafter "HomeGoods") (collectively "Defendants'), by and through their attorneys, Kiernan Trebach LLP, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby submit its Notice of Removal of the above captioned matter from the Circuit Court for Albemarle County, Virginia, in which the above captioned matter is now pending, to the United States District Court for the Western District of Virginia (Charlottesville Division). The grounds of removal are set forth below.

## NATURE OF THE CASE

1. This action was instituted by Plaintiff against the Defendants by the filing of the Complaint on the 20th day of April, 2023, in the Circuit Court for the County of Albemarle (Case No. CL23000669-00). Defendants were served with the Complaint on October 20,

2023. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Complaint, Summons and Notice of Service of Process are attached hereto as Def. Exhibit A.

2. The Complaint alleges that Plaintiff was lawfully on the premises owned and/or operated by Defendants when she slipped and/or tripped on a black wooden object located on the floor and underneath an advertising display.

## PARTIES

3. Based on information and belief, at the time of the commencement of the action, the Plaintiff was a resident of the Commonwealth of Virginia.

4. At the time of the commencement of the action Defendant TJX Companies, Inc. d/b/a HomeGoods was and is a corporation organized and incorporated under the laws of the State of Delaware, with its principal place of business located in the Commonwealth of Massachusetts. Therefore, pursuant to 28 U.S.C § 1332(c)(1), for diversity purposes, TJX Companies, Inc. is a citizen of Delaware and Massachusetts.

5. At the time of the commencement of the action Defendant HomeGoods, Inc. was and is a corporation organized and incorporated under the laws of Delaware, with its principal place of business located in the Commonwealth of Massachusetts. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, HomeGoods, Inc. is a citizen of Delaware and Massachusetts.

## JURISDICTION AND VENUE

6. This action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship), and is one which may be removed to this Court by the Defendants pursuant to 28 U.S.C. §§ 1441(a), (b) and (c).

7. Plaintiff is a citizen of the Commonwealth of Virginia and the Defendants are citizens of Delaware and Massachusetts. Therefore, complete diversity exists between the Plaintiff and Defendants.

8. The amount sued for by Plaintiff is in excess of Seventy-Five Thousand Dollars ($75,000.00) in that Plaintiff seeks judgment "in the amount of $1,000,000.00 (One Million Dollars and No Cents)" according to her Complaint. See Def. Exhibit A.

9. As this civil action involves a dispute between parties of diverse jurisdictions with an amount of controversy that exceeds $75,000.00, this action is subject to the original jurisdiction of the District Court of the United States pursuant to 28 U.S.C. §§ 1332(a), 1441(a), 1441(b), 1441(c) and 1446(a).

10. Venue is proper because this district court embraces the jurisdiction in which the Plaintiff initiated her lawsuit.

11. This Notice of Removal was filed within thirty (30) days after the Defendants were served with a copy of the initial pleadings setting forth the Plaintiff's claim for relief, and is therefore timely pursuant to 28 U.S.C. § 1446(b).

12. Pursuant to 28 U.S.C § 1446(a), a copy of all process and pleadings served upon the Defendants in this action are attached hereto as Def. Exhibit A.

13. Pursuant to 28 U.S.C. § 1446(d), all adverse parties are being provided with written notice of the filing of this Notice of Removal and a copy of the Notice of Removal is being filed contemporaneously in the Circuit Court for the County of Albemarle. *See* Def. Exhibit B.

14. No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, affirmative defenses, and motions are hereby reserved by TJX Companies, Inc. and HomeGoods, Inc.

WHEREFORE, Defendants TJX Companies, Inc. and HomeGoods, Inc. pray this case be removed to the United States District Court for the Western District of Virginia, Charlottesville Division.

Dated: November 9, 2023            **KIERNAN TREBACH LLP**

/s/ Brandi R. Howell
_____
Heather S. Deane, Esq. (VSB No. 41895)
Brandi Howell, Esq. (VSB No. 74110)
1233 20th Street, N.W., Suite 800
Washington, DC 20036
Telephone (202) 712-7000
Facsimile (202) 712-7100
hdeane@kiernantrebach.com
bhowell@kiernantrebach.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 9, 2023, I caused a copy of the foregoing Notice of Removal, to be served, via email and first-class mail, postage prepaid, on:

> Yvonne T. Griffin, Esq. (VSB No. 29011)
> Matthew B. Westmoreland, Esq. (VSB No. 93847)
> TUCKER GRIFFIN BARNES PC
> 307 West Rio Rd.
> Charlottesville, VA 22901
> Telephone: (434) 973-7474
> Facsimile: (434) 951-0875
> ygriffin@tgblaw.com
> mwestmoreland@tgblaw.com
> *Counsel for Plaintiff*

/s/ Brandi R. Howell
_____
Brandi Howell